

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00174-CV

| | | |
|---|---|---|
| In re Lennar Homes of Texas Sales and Marketing, Ltd. d/b/a Lennar Homes of Texas; Home Owners Management Enterprises, Inc. d/b/a Home of Texas; and Warranty Underwriters Insurance Company | § | Original Proceeding |
| | § | From the 158th District Court |
| | § | of Denton County (14-09627-158) |
| | § | July 15, 2015 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relators Lennar Homes of Texas Sales and Marketing, Ltd. d/b/a Lennar Homes of Texas; Home Owners Management Enterprises, Inc. d/b/a Home of Texas; and Warranty Underwriters Insurance Company. We conditionally grant part of the relief requested by relators. Writ will issue only if the trial court fails to vacate its April 23, 2015 order appointing a mediator and ordering Lennar Homes of Texas Sales and Marketing, Ltd. d/b/a Lennar Homes of Texas to pay the costs of mediation and fails to appoint a mediator in accordance with paragraph 16.2 of the Purchase Agreement and to assess mediation fees in accordance with paragraph 16.8.2 of the Purchase Agreement.

It is ordered that real parties in interest Chess Derrick Dennis Jr. and Jana Dennis shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Anne Gardner
      Justice Anne Gardner